A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Sep 25, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 09, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

By Ann Frantz on Sep 25, 2009

DEPUTY CLERK

CONDITIONAL REMAND ORDER

(SEE ATTACHED SCHEDULE)

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions on this conditional remand order have been completed and that remand to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions on this conditional remand order be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Middle District of Tennessee.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), the parties shall furnish the Clerk for the Middle District of Tennessee with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Sep 25, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By Ann Frantz at 10:09 am, Sep 30, 2009

DEPUTY CLERK

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AREDIA AND ZOMETA PRODUCTS  
LIABILITY LITIGATION                                                                              MDL No. 1760

### SCHEDULE FOR CONDITIONAL REMAND ORDER

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| TNM | 3 | 06-381 | NYE | 1 | 06-260 | Karlene Hogan, etc. v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 06-521 | NYS | 1 | 06-1906 | John E. Brodie v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 08-68 * | NCM | 1 | 06-149 | Rita Fussman, et al. v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 08-69 * | NYE | 2 | 06-431 | Beth Forman, etc. v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 08-71 * | NYE | 2 | 06-431 | Helene Deutsch, et al. v. Novartis Pharmaceuticals Corp. |

* TNM case number was assigned after severance order was issued in Middle District of Tennessee.