UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN E. BRODIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CV138 HEA |
| | ) |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that a Daubert hearing is set in this matter for Wednesday, April 6, 2011, at 10:30 a.m in the courtroom of the undersigned.

Dated this 21st day of March, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE