UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN E. BRODIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV138 HEA |
| | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on its own motion. This Court is scheduled to begin a trial on July 11, 2011, whose duration is expected to be two weeks.

Accordingly,

**IT IS HEREBY ORDERED** that the trial setting of July 18, 2011, is vacated.

**IT IS FURTHER ORDERED** that the parties are to notify the Court of their exclusionary dates for the trial of this matter within ten (10) days of the date of this Order.

Dated this 29th day of June, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE