# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SHARON BRODIE, Surviving Spouse and Executor of the Estate of JOHN BRODIE, <br><br> Plaintiff, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | No. 4:10-CV-138 HEA |

## ORDER

This Order is brought by the Court on its own motion. On June 30, 2011, the Court vacated the trial setting of July 18, 2011 [Doc. 156]. Pursuant to the Court's Order of May 15, 2011 [Doc. 147], there was a hearing scheduled on July 14, 2011 in which the Court would hear arguments regarding the multiple motions in limine.

Accordingly,

**IT IS HEREBY ORDERED** that the July 14, 2011 hearing is vacated and the Court will reschedule at a later date.

Dated this 1st day of July, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE