UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN BRODIE, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:10CV138 HEA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the multiple Motions *in Limine*– and memoranda submitted in support of, and in opposition thereto–filed on behalf of both parties. *See* Doc. #s 94-121.

Accordingly,

**IT IS HEREBY ORDERED** that both parties are to convene, in person, and attempt to resolve the outstanding issues related to the multiple motions *in limine.*

**IT IS FURTHER ORDERED** that subsequent to counsel for Defendant Novartis Pharmaceuticals Corporation and Plaintiff John Brodie's in-person meeting, the parties will compose a list of the unresolved motions *in limine* issues and submit it to the Court by **Tuesday, January 3, 2012.**

Dated this 13th day of December, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE