# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

JOHN E. BRODIE

    Plaintiff,

v.            CASE NUMBER:     4:10-cv-138 HEA

NOVARTIS PHARMACEUTICALS
CORPORATION
    Defendant.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that on the question of "Did plaintiff prove that Novartis failed to provide an adequate warning to Dr. Schultz of the alleged risks of ONJ, given what Novartis knew or reasonably should have known at the time that Mr. Brodie was being treated with Zometa?", the jury returned a verdict of no.

                                  James G. Woodward
                                  CLERK

February 1, 2012
DATE

                        By: _____
                               DEPUTY CLERK